Edward Kane, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

William H. Lyon and another, Appellants, v. James M. Davis and others, Respondents. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Charles M. Kittredge and another, Respondents, v. J. Wesley Van Tassell, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

John J. Quinlan, Respondent, v. Emily A. Stratton and another, Appellants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

George Chatfield, Appellant, v. Charles Reynolds, Respondent. — Order affirmed, with costs. Opinion by Barnard, P. J.

---

## THIRD DEPARTMENT, MAY TERM, 1890.

In the Matter of the Estate of Frederick D. Hodgman, Deceased. — Order affirmed, with ten dollars costs and printing disbursements to each respondent separately appearing. Opinion by Learned, P. J.

Agnes E. Abel, Executrix, Respondent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant — Judgment and order affirmed, with costs. Opinion by Learned, P. J.

Mary S. Davis, Appellant, v. Jacob H. Davis, Respondent. — Judgment affirmed, with costs. Opinion by Landon, J.

In the Matter of the Probate of the Will of Charles B. Bishop. — Decree reversed, issues sent to circuit for trial; order and issues to be settled by Landon, J.; costs of appeal to appellant to be paid out of the estate, other costs to abide event. Opinion by Landon, J.

James W. Green and another, Respondents, v. Abijah Weston and another, Appellants. — Order affirmed, with ten dollars costs and printing disbursements. Mem. Learned, P. J.

Samuel Stern and another, Respondents, v. John Meiklehan, Appellant. — Case dismissed on the ground that there is no valid appeal.

Margaret Jane Hunter, Respondent, v. Emma Louise Stender, as Executrix, etc., Appellant. — Order reversed, with ten dollars costs and printing disbursements, and order for bill of particulars granted, with ten dollars costs. Opinion by Landon, J.

Julia A. Hurlehy, Appellant, v. Godfrey R. Martine and another, Respondents. — Judgment affirmed, with costs. Opinion by Learned, P. J.

The People of the State of New York ex rel. George W. Van Hise, Appellant, v. The Board of Police Commissioners of the Village of Greenbush and the Members of said Board, Respondents. — Proceedings reversed, with fifty dollars costs and disbursements.

James McBride, Appellant, v. Shepard Tappen, as Sheriff, etc., Respondent. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Learned, P. J.

Margaret M. Hayes and others, Appellants, v. Jacob Alsdorf, Respondent. — Order affirmed, with ten dollars costs and printing disbursements.

Otto Voik, Guardian, etc., Respondent, v. Johnson Livingston, as President of the National Express Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Mayham, J.

Henry B. Hanson, Respondent, v. Byron J. Town, Receiver of Taxes and Assessments of the Town and Village of Saratoga Springs, Appellant. — Judgment affirmed, with costs. Opinion by Mayham, J.; Landon, J., not acting.

Mary J. Coxe and George F. Jones, as Executors and Trustees under the Last Will and Testament of Mary J. Jones, Respondents, v. Byron J. Town, Receiver of Taxes and Assessments of the Town and Village of Saratoga Springs, Appellant. — Judgment affirmed, with costs. Mem. by Learned, P. J.; Landon, J., not acting.

Diefendorf v. Diefendorf. — Judgment corrected as on file.

James Dunn, Respondent, v. John O'Keefe, Appellant. — Judgment affirmed, with costs. Mem. by Landon, J.

Frank B. Reynolds and others, Appellants, v. Samuel Little and another, Respondents. — Order affirmed, with ten dollars costs and printing disbursements.

The Berlin Iron Bridge Company, Plaintiff, v. Joseph E. Wagner, as Highway Commissioner, etc. — Motion to dismiss submission denied.

Manly W. Morey and Charles Lee, Jr., Respondents, v. Charles F. Walker and Edward M. Walker, Appellants. Same Respondents v. Joseph C. White and another, Appellants. — Order affirmed, with ten dollars costs and printing disbursements.

John A. McDonald, Respondent, v. The Trojan Button Fastener Company and others, Appellants. — Order granting injunction affirmed, with ten dollars costs and printing disbursements. Order denying motion for receiver affirmed, with ten dollars costs and printing disbursements, with privilege to either party to apply again for receiver at future time. Mem. by Learned, P. J.

Patrick Robbins, Appellant, v. Peter La Fountain. Respondent. — Judgment affirmed, with costs.